Matter of Falls v Hyun Chin Kim (2024 NY Slip Op 00071)

Matter of Falls v Hyun Chin Kim

2024 NY Slip Op 00071

Decided on January 10, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
DEBORAH A. DOWLING
HELEN VOUTSINAS
LOURDES M. VENTURA, JJ.

2023-08626 DECISION, ORDER & JUDGMENT

[*1]In the Matter of Raiquan K. Falls, petitioner,
v
Hyun Chin Kim, etc., respondent. Raiquan K. Falls, Goshen, NY, petitioner pro se.

Letitia James, Attorney General, New York, NY (Charles F. Sanders of counsel), for respondent.

Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of mandamus to compel the respondent, Hyun Chin Kim, a Judge of the County Court, Orange County, to release the petitioner on his own recognizance from the custody of the Orange County Correctional Facility, and to dismiss the indictment in an action entitled People v Falls , commenced in that court under Indictment No. 54/23, and application by the petitioner for poor person relief.
ORDERED that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and the application is otherwise denied as academic; and it is further,
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman , 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
The parties' remaining contentions either are without merit or need not be reached in light of our determination.
DILLON, J.P., DOWLING, VOUTSINAS and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court